

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-18-00473-CV

**IN THE INTEREST OF B.W.C., A CHILD**,

From the County Court, Jim Wells County, Texas
Trial Court No. 11-06-50160-CV
Honorable David A. Sanchez, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The court has considered the appellant's motion for en banc reconsideration and the motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court